**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANDRANIK GRIGORYAN,

*Petitioner,*

v.

JAMAL J. JAMISON, et. al.,

*Respondents.*

CIVIL ACTION
NO. 25-1389

## ORDER

**AND NOW**, this 30th day of April 2025, upon careful and independent consideration of the Petition, (ECF No. 1), Grigoryan's Motion for a Preliminary Injunction, (ECF No. 3), the Government's response, (ECF No. 22), and Grigoryan's reply, (ECF No. 23), and after a hearing, (ECF No. 24), it is **ORDERED** that:

1. The Petition for a Writ of *Habeas Corpus* is **GRANTED**;

2. The Government shall arrange for an individualized bond hearing to be conducted by an Immigration Judge within fourteen (14) days of the date of this Order at which the Government shall bear the burden of demonstrating by clear and convincing evidence that the petitioner's continued detention is necessary to prevent him from fleeing or committing more crimes; and

3. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.